UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Deborah Hakimian aka Deborah Chafieian<br>       Debtor<br><br>Address: 8 Lighthouse Road, Kings Point, NY 11024<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 0447<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 19-75263<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF PLAN

Rushmore Loan Management Services, LLC, a secured creditor (hereinafter "Secured Creditor") of the debtor(s) in this case, objects to the confirmation of the chapter 13 plan proposed by the Debtor(s) and filed on August 9, 2019 and as grounds therefore would show the court that the plan does not provide for the Secured Creditor to receive the value of its claim in violation of 11 U.S.C. § 1325(a)(5)(B)(ii).

WHEREFORE, Secured Creditor prays that the court sustain its objection and deny confirmation of the debtor's plan and for such other relief as is just and equitable.

Dated: October 3, 2019
Rockville Centre, New York

/S/ Ted Eric May
By: Ted Eric May, Esq.
Sheldon May & Associates, P.C.
Attorney for Secured Creditor
255 Merrick Road
Rockville Centre, New York 11570
(516) 763 - 3200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Deborah Hakimian aka Deborah Chafieian
Debtor

Address: 8 Lighthouse Road, Kings Point, NY 11024

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 0447

Employer Tax-Identification (EIN) No(s).(if any):

Case Number 19-75263

Chapter 13

Affidavit of Service of the Notice of Appearance and Request for Service of Papers

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:

(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On October 3, 2019, I served the Objection to Confirmation of the Plan, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | Deborah Hakimian aka Deborah Chafieian 8 Lighthouse Road, Kings Point, NY 11024 |
|---|---|
| Debtor's Attorney | David L Singer, Esq., 150 Broadhollow Road, Suite 122, Melville, NY 11747 |
| Trustee | Michael J. Macco, 2950 Express Drive South, Suite 109, Islandia, NY 11749 |

/S/ Ashley Mauro

Sworn to before me this
3rd day of October 2019

/S/ Jessica S. Snyder
Notary Public, State of New York
No. 01SN5085564
Qualified in Nassau County
My Commission Expires Sept 29, 2021

CASE NUMBER: 19-75263

United States Bankruptcy Court
Eastern District of New York

In Re:
    Debtor: Deborah Hakimian aka     Social Security Number: XXX-XX--0447
    Deborah Chafieian
    Debtor:     Social Security Number: XXX-XX--

Chapter: 13

Employer's Tax Identification Number (if any):

Objection to Confirmation

Sheldon May & Associates, P.C.
Attorneys for Secured Creditor
Office and Post Office Address
255 Merrick Road
Rockville Centre, New York 11570
Telephone Number
(516) 763 - 3200